IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

PROFESSIONAL TITLE, LLC;
MICHAEL HOWELL; MICHAEL AVIS;
and AVEST, LLC,

    Plaintiffs,
vs.                              CASE NO. 5:10cv72/RS-EMT

FEDERAL DEPOSIT INSURANCE
CORPORATION,

    Defendant.
_____/

## ORDER

Before me are the Joint Motion To Extend Deadline For The Parties To Confer And File Joint Report Or In The Alternative Issue A Revised Scheduling Order (Doc. 14) and The Joint Case Management Report (Doc. 19).

**IT IS ORDERED** that the parties shall file a revised joint report not later than October 29, 2010, which shall provide for a discovery deadline consistent with March 18, 201, and jury trial on May 9 or 23, 2011.

**ORDERED** on August 23, 2010.

                                              /S/ Richard Smoak
                                              **RICHARD SMOAK**
                                              **UNITED STATES DISTRICT JUDGE**