**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PANAMA CITY DIVISION**

PROFESSIONAL TITLE, LLC;
MICHAEL HOWELL; MICHAEL AVIS;
and AVEST, LLC,

       Plaintiffs,

vs.                               CASE NO. 5:10cv72/RS-EMT

FEDERAL DEPOSIT INSURANCE
CORPORATION,

       Defendant.
_____/

## ORDER

Before me is the Consent Motion For Stay Pursuant To 12 U.S.C. §1821(d)(12) (Doc. 18).

**IT IS ORDERED:**

1.     Pursuant to 12 U.S.C. §1821(d), this case is stayed for 180 days, commencing on July 15, 2010.

2.     Defendant Federal Deposit Insurance Corporation, as receiver of The Bank of Bonifay, shall file status reports with the court every forty-five days, commencing forty-five days from the date of this Order.

**ORDERED** on August 23, 2010.

/S/ Richard Smoak
_____
**RICHARD SMOAK**
**UNITED STATES DISTRICT JUDGE**