IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

PROFESSIONAL TITLE, LLC;
MICHAEL HOWELL; MICHAEL AVIS;
and AVEST, LLC,

    Plaintiffs,

vs.                                      CASE NO. 5:10cv72/RS-EMT

FEDERAL DEPOSIT INSURANCE
CORPORATION,

    Defendant.
_____/

## ORDER

Defendant's Stipulated Motion For Extension Of Time And Modification Of Scheduling And Mediation Order (Doc. 36) is **denied**.

**ORDERED** on January 12, 2011.

                            /S/ Richard Smoak
                            **RICHARD SMOAK**
                            **UNITED STATES DISTRICT JUDGE**