IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

PROFESSIONAL TITLE LLC,
AVEST LLC and
MICHAEL AVIS
MICHAEL HOWELL,

    Plaintiffs,

vs.                                               CASE NO. 5:10-cv-72/RS-EMT

FDIC, as receiver for the
Bank of Bonifay,

    Defendant.
_____/

The relief requested in the Joint Motion for Entry of Agreed Order (Doc. 49), which is construed as a motion for leave to extend response deadline, is **GRANTED.** Plaintiffs shall file their response to Defendant's Motion to Dismiss not later than March 7, 2011.

**ORDERED** on March 4, 2011

                                              /S/ Richard Smoak
                                              **RICHARD SMOAK**
                                              **UNITED STATES DISTRICT JUDGE**