IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

PROFESSIONAL TITLE, LLC;
MICHAEL HOWELL; MICHAEL AVIS;
and AVEST, LLC,

    Plaintiffs,
vs.                                CASE NO. 5:10cv72/RS-EMT

FEDERAL DEPOSIT INSURANCE
CORPORATION,

    Defendant.
_____/

## ORDER

The relief requested by the Joint Motion For Entry Of Agreed Order (Doc. 57) is **granted**.

**ORDERED** on March 22, 2011.

                              /S/ Richard Smoak
                              **RICHARD SMOAK**
                              **UNITED STATES DISTRICT JUDGE**