IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

PROFESSIONAL TITLE, LLC;
MICHAEL HOWELL; MICHAEL AVIS;
and AVEST, LLC,

        Plaintiffs,

vs.                            CASE NO. 5:10cv72/RS-EMT

FEDERAL DEPOSIT INSURANCE
CORPORATION,

        Defendant.
_____/

## ORDER

Before me is the Joint Motion For Entry Of Agreed Order (Doc. 65).

**IT IS ORDERED** that Plaintiffs shall file their Amended Complaint not later than May 2, 2011.

**ORDERED** on April 26, 2011.

                                                /S/ Richard Smoak
                                                **RICHARD SMOAK**
                                                **UNITED STATES DISTRICT JUDGE**